# Court of Appeals
# of the State of Georgia

ATLANTA,  September 23, 2024

*The Court of Appeals hereby passes the following order:*

## A25A0173. HEWITT v. THE STATE.

The State has moved to "stay" the appeal in this matter until the appellate record can be supplemented with materials considered by the trial court below, but not included in the record on appeal. According to the State, the parties agreed that the appellate record should include these materials, and the trial court has been working with the parties to determine which items are missing from the record.

We have no mechanism for staying an appeal. And although the State also asks us to direct the trial court clerk to supplement the appellate record with the necessary materials, we are not certain which materials are missing from the record. Given these circumstances, and to ensure that all relevant materials are before us when we resolve the appeal, we hereby **REMAND** this case to the trial court for completion of the appellate record. Once the record is complete, the trial court clerk shall re-transmit the appeal to this Court for re-docketing. Appellant Jermaine Hewitt does not need to file a new notice of appeal.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,  09/23/2024*

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____, *Clerk.*